377 A.2d 1002

Rutherford Electric Company v. Hyman et al., Appellants.

Argued June 20, 1977. Donald F. Krank, with him Krank, Gross & Casper, for appellant; Alfred C. Alspach, with him David E. Alspach, for appellee.

Judgment affirmed.

377 A.2d 1002

Sack v. Feinman, Appellant.
Sack, Appellant, v. Feinman.

Argued June 14, 1977. Harry R. Kozart, with him Weissman, Kozart & Criden, for appellant at No. 223 and appellee at No. 250; William D. Parry, with him Fred Lowenschuss, for appellant at No. 250 and appellee at No. 223.

Decree affirmed.